No. 93–6817. DAVIS *v.* FLORIDA. Sup. Ct. Fla.;
No. 93–6846. OSBORNE *v.* GEORGIA. Sup. Ct. Ga.;
No. 93–6974. ROBINSON *v.* FLORIDA. Sup. Ct. Fla.;
No. 93–6983. MOODY *v.* TEXAS. Ct. Crim. App. Tex.;
No. 93–7026. PICKENS *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir.;
No. 93–7051. SWEET *v.* FLORIDA. Sup. Ct. Fla.;

No. 93–7063.  HUNT v. MARYLAND.  Cir. Ct. Baltimore City, Md.;

No. 93–7079.  COLLINS v. MARYLAND.  Ct. App. Md.;

No. 93–7158.  CARROLL v. ALABAMA.  Sup. Ct. Ala.;

No. 93–7323.  DUNLAP v. IDAHO.  Sup. Ct. Idaho;

No. 93–7336.  WORKMAN v. TENNESSEE.  Ct. Crim. App. Tenn.;

No. 93–7373.  DREW v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.;

No. 93–7475.  SPENCER v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.; and

No. 93–7491.  HOLLADAY v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins, ante,* p. 1143, I would grant the petitions for writs of certiorari and vacate the death sentences in these cases.